UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALPHONSE SMITH (#123368)

VERSUS

E.B.R.P. DEPT., ET AL

CIVIL ACTION

NO. 11-135-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 7, 2011 (doc. no. 5). The plaintiff has filed an objection which the court has carefully considered and finds it lacking in merit.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e), and this action is DISMISSED.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE